Robert B. Amidon SBN 103865
Robert B. Amidon A Law Corporation
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,  )
              )
      Plaintiff,      vs.    )   Case No.: 2:10-CV-09298-WDK-FMO
              )
CAIN G. MEZA, et al,          )   [PROPOSED] RENEWAL OF JUDGMENT
              )                   BY CLERK
      Defendant,              )
_____)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Cain G. Meza individually and dba Los Paisas Tacos Y Mariscos on February 25, 2015, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 4,000.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **4,000.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **4,000.00** |
| f. | Interest after judgment (.24%) | $ | 70.84 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ | 4,070.84 |

Dated: November 8, 2024        CLERK, by Deputy  *Sharon Hall Brown* _____